

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: INDEX NEWSPAPERS LLC, | No. 13-71021 |
| INDEX NEWSPAPERS LLC, DBA The Stranger, | D.C. Nos.   12-GJ-145 |
| | 12-GJ-149 |
| Petitioner, | ORDER* |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE, | |
| Respondent, | |
| UNITED STATES OF AMERICA, | |
| Plaintiff - Real Party in Interest, | |
| MATTHEW DURAN; et al., | |
| Defendants - Real Parties in Interest. | |

---

*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Petition For Writ Of Mandamus

Argued and Submitted February 5, 2014
Seattle, Washington

Before:  FISHER, GOULD, and CHRISTEN, Circuit Judges.

The petition for writ of mandamus is **DISMISSED** for the reasons stated in the opinion filed concurrently with this order in *United States v. Index Newspapers LLC*, No. 13-35243.